AO91 (Rev. 12/03)   Criminal Complaint                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:19-po-08594 |
| Jose Ismael PENA <br> IAE <br> El Salvador 1975 | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 27, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose Ismael PENA was encountered by Border Patrol Agents near Mission, Texas on August 27, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on August 27, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Valle, Miguel  Border Patrol Agent
Signature of Complainant

Valle, Miguel   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 29, 2019                                                              at   McAllen, Texas
Date                                                                                      City/State

Juan F Alanis            Magistrate Judge
Name of Judge           Title of Judge                                      Signature of Judge